Andre FLETCHER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 499, 2015

Supreme Court of Delaware.

Submitted: November 24, 2015

Decided: February 11, 2016

AFFIRMED.

■

Jauwaun SMITH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 335, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016

Decided: February 12, 2016

AFFIRMED.

■

Paul BRUNHAMMER, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 6, 2016

Supreme Court of Delaware.

Submitted: January 21, 2016

Decided: February 12, 2016

DISMISSED.